UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID GARRY, et al.,

           Plaintiffs,

    v.

CORDIS CORPORATION,

           Defendant.

Case No. 16-cv-04409-TEH

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

       Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward M. Chen for consideration of whether the case is related to *Dunson v. Cordis Corporation*, Case No. 16-cv-03076-EMC.

**IT IS SO ORDERED.**

Dated:  08/10/16

THELTON E. HENDERSON
United States District Judge

United States District Court
Northern District of California